

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellant

v.

**NEC NETWORKS, LLC,** dba CaptureRX,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

# O R D E R

On January 23, 2018, appellant filed a letter notifying this court that the appellate record in this appeal is incomplete because the transcripts of hearings from the following dates have not yet been filed:

- August 23, 2016
- September 30, 2016
- December 21, 2016
- February 21, 2017
- March 2, 2017
- May 2, 2017
- December 13, 2017

Appellant has requested the court reporter file the transcripts as required.

Therefore, we **ORDER** the court reporter to file the transcripts of hearings held on the above-listed dates on or before **February 28, 2018**.

The appellant's brief shall be due thirty days following the completion of the appellate record.

_____
Irene Rios, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court